JS - 6/ENTER



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| WALTER WILLIAMS, ) | Case No. CV 09-8347-DDP (MLG) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| GARY SWARTHOUT, Warden, ) | |
| Respondent. ) | |

IT IS ADJUDGED that the petition herein is dismissed without prejudice.

Dated: January 28, 2010

Dean D. Pregerson
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB - 1 2010
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY